# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TAMMY HARRIS-JACKSON,
PEARLIE PRICE and LAWRENCE PRICE,
ETHELEEN ROGERS and
MELODY WILLIAMS,

        Plaintiffs,        Case No. 05-C-666

        v.

FORD MOTOR CREDIT COMPANY,

        Defendant.

## OPINION AND ORDER

Based upon the stipulation of the parties, the court ORDERS that this action is dismissed with prejudice. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment of dismissal as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiffs Tammy Harris-Jackson, Pearlie Price, Lawrence Price, Etheleen Rogers and Melody Williams and Defendant Fort Motor Credit Company have stipulated to the voluntary dismissal of this action which was brought before the court, the Honorable Thomas J. Curran, District Court Judge, presiding.
>
> Accordingly, IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed with prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 15th day of May, 2006.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge